The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDALL LOWELL,<br><br>                        Plaintiff,<br><br>    v.<br><br>ANGI INC., a foreign profit corporation,<br><br>                        Defendant. | NO. C25-1702-KKE<br><br>**ORDER GRANTING DEFENDANT ANGI, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

BEFORE THE COURT is Defendant Angi Inc.'s Unopposed Motion for Extension of Time to Respond to Complaint. Having reviewed the Motion, the Court finds that good cause exists for the requested extension of time and therefore GRANTS the Motion. Defendant Angi Inc. shall respond to Plaintiff's Complaint by September 22, 2025.

DATED this 9th day of September, 2025.

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge

ORDER GRANTING DEFENDANT ANGI, INC.'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT - 1
Case No. C25-1702-KKE

Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224

1  Presented By:

2  */s/ Kristin Nealey Meier*
   Kristin Nealey Meier, WSBA #33562
3  RYAN, SWANSON & CLEVELAND, PLLC
   401 Union Street, Suite 1500
4  Seattle, Washington  98101-2668
   Telephone: (206) 464-4224
5  kmeier@ryanlaw.com

6  Eric J. Troutman (*Pro Hac Vice* Pending)
   Puja J. Amin (*Pro Hac Vice* Pending)
7  Brittany Andres (*Pro Hac Vice* Pending)
   Troutman Amin, LLP
8  400 Spectrum Center, Suite 1550
   Irvine, CA  92618
9  Tel: 949-350-3663
   troutman@troutmanamin.com
10 amin@troutmanamin.com
   brittany@troutmanamin.com
11
   *Attorneys for Defendant*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING DEFENDANT ANGI, INC.'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT - 2
Case No. C25-1702-KKE

