THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RANDALL LOWELL,<br><br>              Plaintiff,<br><br>       v.<br><br>ANGI INC., a foreign profit corporation,<br><br>              Defendant. | NO. 2:25-CV-01702-KKE<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO ADJUST CONSIDERATION DATES AND SET BRIEFING SCHEDULE ON DEFENDANT'S MOTIONS TO DISMISS AND TO STRIKE CLASS ACTION (ECF 17, 18)**<br><br>**NOTED FOR CONSIDERATION: SEPTEMBER 26, 2025** |

## I.     STIPULATION

The parties respectfully request that the Court adjust the consideration dates of Defendant Angi Inc.'s Motion to Dismiss Plaintiff's Third Claim (ECF 17) and Motion to Strike Class Action (ECF 18) and set the following briefing schedule. In support of this request, the parties state:

1.     On September 22, 2025, Defendant filed a Motion to Dismiss Plaintiff's Third Claim (ECF 17), noting it for consideration on October 20, 2025.

2.     On September 22, 2025, Defendant also filed a Motion to Strike Class Action (ECF 18), noting it for consideration on October 14, 2025.

3.     The parties conferred by email about a briefing schedule that would permit the motions to be briefed and considered on the same schedule and agreed to the following:

STIPULATED MOTION AND [PROPOSED] ORDER TO ADJUST CONSIDERATION DATES AND SET BRIEFING SCHEDULE ON DEFENDANT'S MOTIONS TO DISMISS AND TO STRIKE CLASS ACTION (ECF 17, 18) - 1
CASE NO. 2:25-CV-01702-KKE

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | | |
|---|---|---|
| 1 | Plaintiff's responses to both motions | October 20, 2025 |
| 2 | Defendant's replies in support of motions | November 3, 2025 |
| 3 | Consideration date of both motions | November 3, 2025 |

4. Upon entry of an order granting this motion and approving the briefing schedule, Defendant will file a document titled "Notice of Motion Renoted" to change the noting date in CM/ECF as permitted by Local Civil Rule 7(l).

STIPULATED TO AND DATED this 29th day of September, 2025.

| TERRELL MARSHALL LAW GROUP PLLC | RYAN SWANSON & CLEVELAND, PLLC |
|---|---|
| By: /s/ Blythe H. Chandler<br>Jennifer Rust Murray, WSBA #36983<br>Email: jmurray@terrellmarshall.com<br>Blythe H. Chandler, WSBA #43387<br>Email: bchandler@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450<br><br>Brendan W. Donckers, WSBA #39406<br>Email: bdonckers@bjtlegal.com<br>BRESKIN JOHNSON & TOWNSEND, PLLC<br>600 Stewart Street, Suite 901<br>Seattle, Washington 98101<br>Telephone: (206) 652-8660<br>Facsimile: (206) 652-8290<br><br>*Attorneys for Plaintiff* | By: /s/ Brittany Andres<br>Kristin Nealey Meier, WSBA #33562<br>Email: kmeier@ryanlaw.com<br>401 Union Street, Suite 1500<br>Seattle, Washington 98101-2668<br>Telephone: (206) 464-4224<br><br>Eric J. Troutman, *Admitted Pro Hac Vice*<br>Email: troutman@troutmanamin.com<br>Puja J. Amin, *Admitted Pro Hac Vice*<br>Email: amin@troutmanamin.com<br>Brittany Andres, *Admitted Pro Hac Vice*<br>Email: brittany@troutmanamin.com<br>TROUTMAN AMIN, LLP<br>400 Spectrum Center, Suite 1550<br>Irvine, California 92618<br>Telephone: (949) 350-3663<br><br>*Attorneys for Defendant* |

STIPULATED MOTION AND [PROPOSED] ORDER TO ADJUST CONSIDERATION DATES AND SET BRIEFING SCHEDULE ON DEFENDANT'S MOTIONS TO DISMISS AND TO STRIKE CLASS ACTION (ECF 17, 18) - 2
CASE NO. 2:25-CV-01702-KKE

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## II. ORDER

IT IS SO ORDERED.

DATED this 29th day of September, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER TO ADJUST CONSIDERATION DATES AND SET BRIEFING SCHEDULE ON DEFENDANT'S MOTIONS TO DISMISS AND TO STRIKE CLASS ACTION (ECF 17, 18) - 3
CASE NO. 2:25-CV-01702-KKE

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com