THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

RANDALL LOWELL,

    Plaintiff,

v.

ANGI INC., a foreign profit corporation,

    Defendant.

NO. 2:25-CV-01702-KKE

STIPULATED MOTION AND ORDER TO EXTEND BRIEFING SCHEDULE

**NOTED FOR CONSIDERATION:**
OCTOBER 17, 2025

## I.    STIPULATION

The parties respectfully request that the Court adjust the consideration dates of Defendant Angi Inc.'s Motion to Dismiss Plaintiff's Third Claim (ECF 17); Motion to Strike Class Action (ECF 18); and Motion to Compel Arbitration (ECF 22) and set the following briefing schedule. In support of this request, the parties state:

1. On September 22, 2025, Defendant filed a Motion to Dismiss Plaintiff's Third Claim (ECF 17), noting it for consideration on October 20, 2025.

2. On September 22, 2025, Defendant also filed a Motion to Strike Class Action (ECF 18), noting it for consideration on October 14, 2025.

3. The Court subsequently approved the parties' agreed schedule re-noting both motions for consideration on November 3, 2025 (ECF 21).

4. Then on October 7, 2025, Defendant filed a Motion to Compel Arbitration (ECF 22), supported by evidence relating to the alleged making of the agreement to arbitrate.

STIPULATED MOTION AND ORDER TO EXTEND
BRIEFING SCHEDULE - 1
CASE NO. 2:25-CV-01702-KKE

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

5. In order to allow Plaintiff adequate time to investigate matters raised by the Motion to Compel Arbitration and the evidence filed in support of it, the parties stipulate and agree to extend the schedule for briefing all three motions as follows:

6. Plaintiff's responses to Defendant's pending motions (ECF 17, 18, and 22) due December 15, 2025.

7. Defendant's replies in support of all three motions due January 22, 2026 and the motions shall be re-noted for consideration on January 22, 2026.

8. Plaintiff's position is that there may be a need for discovery relating to the making of any agreement to arbitrate. Defendant's position is that no discovery should be taken until the pending motions are resolved. This stipulation in no way impacts either party's position with respect to discovery. The parties will separately raise any dispute they are unable to resolve with the Court.

RESPECTFULLY SUBMITTED AND DATED this 20th day of October, 2025.

| TERRELL MARSHALL LAW GROUP PLLC | RYAN SWANSON & CLEVELAND, PLLC |
|---|---|
| By: /s/ Blythe H. Chandler<br>Jennifer Rust Murray, WSBA #36983<br>Email: jmurray@terrellmarshall.com<br>Blythe H. Chandler, WSBA #43387<br>Email: bchandler@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450<br><br>Brendan W. Donckers, WSBA #39406<br>Email: bdonckers@bjtlegal.com<br>BRESKIN JOHNSON & TOWNSEND, PLLC<br>600 Stewart Street, Suite 901<br>Seattle, Washington 98101<br>Telephone: (206) 652-8660<br><br>*Attorneys for Plaintiff* | By: /s/ Kristin Nealey Meier<br>Kristin Nealey Meier, WSBA #33562<br>Email: kmeier@ryanlaw.com<br>401 Union Street, Suite 1500<br>Seattle, Washington 98101-2668<br>Telephone: (206) 464-4224<br><br>Eric J. Troutman, *Admitted Pro Hac Vice*<br>Email: troutman@troutmanamin.com<br>Puja J. Amin, *Admitted Pro Hac Vice*<br>Email: amin@troutmanamin.com<br>Brittany Andres, *Admitted Pro Hac Vice*<br>Email: brittany@troutmanamin.com<br>TROUTMAN AMIN, LLP<br>400 Spectrum Center, Suite 1550<br>Irvine, California 92618<br>Telephone: (949) 350-3663<br><br>*Attorneys for Defendant* |

STIPULATED MOTION AND ORDER TO EXTEND BRIEFING SCHEDULE - 2
CASE NO. 2:25-CV-01702-KKE

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## II. ORDER

IT IS SO ORDERED. Plaintiff's responses to the Defendant's pending motions (ECF 17, 18, and 22) are due December 15, 2025. Defendant's replies in support of all three motions are due January 22, 2026. The CLERK is directed to re-note motions shall (ECF 17, 18, and 22) for consideration on January 22, 2026.

DATED this 21st day of October, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND
BRIEFING SCHEDULE - 3
CASE NO. 2:25-CV-01702-KKE

**Terrell Marshall Law Group PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com