UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDALL LOWELL,<br><br>                    Plaintiff(s),<br>        v.<br><br>ANGI INC.,<br><br>                    Defendant(s). | CASE NO. C25-1702-KKE<br><br>ORDER GRANTING STIPULATED<br>MOTION TO EXTEND BRIEFING<br>DEADLINES |

Pursuant to the stipulation of the parties, the Court GRANTS the parties' motion to extend briefing deadlines (Dkt. No. 31) and ORDERS as follows:

(1)    Plaintiff may file a supplemental brief in opposition to Defendant's motion to compel arbitration (Dkt. No. 22) no later than February 6, 2026.  Plaintiff's supplemental brief shall not exceed 5,700 words.

(2)    Defendant's reply in support of its motion to compel arbitration shall be due February 13, 2026.

(3)    The clerk is DIRECTED to re-note Defendant's motion to compel arbitration (Dkt. No. 22) to February 13, 2026.

Dated this 20th day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING DEADLINES - 1