UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDALL LOWELL, | CASE NO. C25-1702-KKE |
| Plaintiff(s), | ORDER SETTING CASE SCHEDULE ON ARBITRABILITY |
| v. | |
| ANGI INC., | |
| Defendant(s). | |

The Court held a scheduling conference today to set a case schedule for completing discovery into arbitrability, a possible renewed motion to compel arbitration, and a possible trial on the issue of arbitrability.  Dkt No. 52.  For the reasons stated on the record, the Court now enters the following case schedule for this phase of litigation:

| Event | Deadline |
|---|---|
| Deadline for each party to supplement its responses to the opposing party's first sets of discovery requests relating to arbitrability | June 17, 2026 |
| Deadline for each party to disclose any expert witnesses and serve expert reports relating to arbitrability | October 9, 2026 |
| Deadline for any rebuttal expert reports | October 23, 2026 |
| Deadline to complete arbitration related discovery | November 10, 2026 |

ORDER SETTING CASE SCHEDULE ON ARBITRABILITY - 1

| | |
|---|---|
| Deadline for Angi Inc. to file a renewed motion to compel arbitration or indicate its intent to proceed directly to a trial into arbitrability without filing such a motion | November 24, 2026 |
| Trial on arbitrability | To be set by the Court, if needed, upon either (1) resolution of the renewed motion to compel arbitration or (2) Angi Inc's election to proceed directly to trial on arbitrability |
| Deadline for filing Proposed Pretrial Order pursuant to Local Civil Rule 16(e) | 21 days before trial |
| Deadline for Angi Inc's Pretrial Statement pursuant to Local Civil Rule 16(h) | 30 days before deadline for filing proposed pretrial order |
| Deadline for Plaintiff's Pretrial Statement pursuant to Local Civil Rule 16(i) | 20 days before deadline for filing proposed pretrial order |
| Deadline for Conference of Attorneys pursuant to Local Civil Rule 16(k) | 10 days before deadline for filing proposed pretrial order |

Dated this 10th day of June, 2026.

Kymberly K. Evanson
United States District Judge

ORDER SETTING CASE SCHEDULE ON ARBITRABILITY - 2