UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDALL LOWELL,<br><br>Plaintiff(s),<br>v.<br><br>ANGI INC.,<br><br>Defendant(s). | CASE NO. C25-1702-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND EXPERT DEADLINES |

Having reviewed the parties stipulated motion to extend expert deadlines (Dkt. No. 57), and finding good cause, the Court GRANTS the motion. The deadlines set by the Court's previous scheduling order (Dkt. No. 53) are extended with respect to the following: the deadline to exchange expert reports is extended to October 30, 2026; the deadline to exchange rebuttal expert reports is extended to November 13, 2026; the deadline to complete arbitration related discovery is extended to December 1, 2026; the deadline for Defendant's renewed motion to compel arbitration is extended to December 15, 2026. The other deadlines set by the Court's previous order (Dkt. No. 53) remain unchanged.

Dated this 7th day of October, 2026.

Kymberly K. Evanson
United States District Judge