THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RANDALL LOWELL,<br><br>Plaintiff,<br><br>v.<br><br>ANGI INC., a foreign profit corporation,<br><br>Defendant. | NO. 2:25-CV-01702-KKE<br><br>**STIPULATED MOTION AND ORDER REGARDING INSPECTION OF PLAINTIFF'S DEVICES**<br><br>**<u>NOTED FOR CONSIDERATION</u>:** NOVEMBER 2, 2026 |

## I. STIPULATION TO INSPECT DEVICES

1. On March 30, 2026, Defendant Angi Inc. served on Plaintiff Randall Lowell Defendant Angi, Inc.'s Arbitration Requests for Production. Defendant's discovery requests included Request for Production Nos. 1, 2, and 6 (Requests), which sought production of certain electronic devices for inspection and sought certain backup data. Plaintiff objected to these requests.

2. The parties met and conferred about Defendant's discovery requests and Plaintiff's objections.

3. The parties hereby agree to the following protocol for providing a response to the Requests:

A. The parties shall mutually agree upon a vendor, and Plaintiff shall retain DISCO to perform the work described in this Stipulated Inspection Protocol;

B. DISCO shall sign Exhibit A to the Stipulated Protective Order (Dkt. No. 55) to protect the rights and privacy of Plaintiff, whose devices are to be imaged and searched;

C. DISCO will do the following:

i. Create a forensic image of Plaintiff's 1) Dell Tower ECT1250 desktop; 2) Surface Pro Laptop; and (3) current cell phone and search for the following:

- the term: "View Matching Pros;"
- the term "Angi" or any variant of "angi.com," including but not limited to "Angi", "Angi", "angi.com", "Angi.com", "www.angi.com", "http://angi.com", "https://angi.com", "http://www.angi.com", and "https://www.angi.com";
- the term "homeadvisor" or any variant of "homeadvisor" including but not limited to, "HomeAdvisor", "homeadvisor.com", "HomeAdvisor.com", "www.homeadvisor.com", "http://homeadvisor.com", "https://homeadvisor.com", "http://www.homeadvisor.com", and "https://www.homeadvisor.com";
- the term "champspros" or any variant of "champspros" including but not limited to, "Champspros", "champspros.com", "Champspros.com", "www.champspros.com", "http://champspros.com", "https://champspros.com", "http://www.champspros.com", and "https://www.champspros.com";
- the term "gutterpricer" or any variant of "gutterpricer" including but not limited to, "Gutterpricer", "gutterpricer.com", "Gutterpricer.com", "www.gutterpricer.com", "http://gutterpricer.com", "https://gutterpricer.com", "http://www.gutterpricer.com", and "https://www.gutterpricer.com";

- the term “thumbtack” or any variant of “thumbtack” including but not limited to, “Thumbtack”, “thumbtack.com”, “Thumbtack.com”, “www.thumbtack.com”, “http://thumbtack.com”, “https://thumbtack.com”, “http://www.thumbtack.com”, and “https://www.thumbtack.com”;

ii. Prepare a written report describing the methodology for the inspection, the results of the inspection, and the documents produced to Plaintiff and Defendant’s counsel as a result of the inspection.

iii. Provide written confirmation to Plaintiff and his counsel that it has securely destroyed all imaged data by no later than 30 days following the Inspection.

D. The Inspection (i.e. the retrieval of imaged copies of Plaintiff’s devices) will take place starting as soon as convenient on or after November 2, 2026 and will be completed by November 9, 2026.

E. The Inspection will take place via remote internet connection, outside the presence of any attorneys or third parties

F. The Inspection itself, as well as all information and data viewed during the inspection and any electronically stored information collected by DISCO, shall be maintained as confidential under the terms of the Stipulated Protective Order (Dkt. No. 55). DISCO will take all reasonable steps to ensure that Plaintiff’s data cannot be accessed by anyone other than as specifically contemplated in this Protocol.

G. DISCO shall not alter, manipulate or destroy the data on Plaintiff’s devices.

H. DISCO will produce to Plaintiff’s counsel all files returned according to the Search Parameters (the “Hit Files”) no later than November 19, 2026. DISCO also shall produce

to all counsel by November 23, 2026 a written report (1) describing the methodology used to image, preserve, and search the data and (2) certifying that the Hit Files produced are a complete and accurate result of the application of the Search Parameters. If, for whatever reason, the November 23, 2026 deadline becomes unworkable, the Parties are to stipulate to a reasonable extension of this deadline or may move to extend the deadline for good cause.

I. Plaintiff will then conduct a privilege review and a review for sensitive personal information (e.g. tax returns). No later than five (5) business days after receipt of the Hit Files from DISCO, Plaintiff will produce to Defendant's counsel all non-privileged documents that contain no sensitive personal information from DISCO, the written report described in Section 4.H above, and a privilege/sensitive information log.

J. If the Hit Files include documents that Plaintiff is concerned are irrelevant to this case, Plaintiff counsel's will notify Defendant's counsel in writing no later than five (5) business days after receipt of the Hit Files from DISCO, and describe the documents (including the volume of documents) with enough particularity to allow Defendant's counsel to take a position on whether the documents need be destroyed. If Defendant's counsel agrees with Plaintiff's counsel concerning the irrelevancy of such data result, all copies of those documents in the possession of Defendant's counsel and DISCO shall be destroyed, and shall confirm the destruction in writing. If Defendant's counsel does not agree with Plaintiff's counsel concerning the relevancy of such data result, the parties will seek guidance from the Court on the issue.

STIPULATED TO AND DATED this 2nd day of November, 2026.

TERRELL MARSHALL LAW GROUP PLLC

By: *_/s/ Jennifer Rust Murray_*
Jennifer Rust Murray, WSBA #36983
Email: jmurray@terrellmarshall.com
Blythe H. Chandler, WSBA #43387
Email: bchandler@terrellmarshall.com
Katelyn M. Kelel, WSBA #63204
Email: kkelel@terrellmarshall.com
Lake Union Building

TROUTMAN AMIN, LLP

By: *_/s/ Brittany Andres_*
Eric J. Troutman, *Admitted Pro Hac Vice*
Email: troutman@troutmanamin.com
Puja J. Amin, *Admitted Pro Hac Vice*
Email: amin@troutmanamin.com
Brittany Andres, *Admitted Pro Hac Vice*
Email: brittany@troutmanamin.com
400 Spectrum Center, Suite 1450

1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Brendan W. Donckers, WSBA #39406
Email: bdonckers@bjtlawyers.com
BRESKIN JOHNSON TRIAL LAWYERS, PLLC
506 2nd Avenue, Suite 2400
Seattle, Washington 98104
Telephone: (206) 652-8660
Facsimile: (206) 652-8290

*Attorneys for Plaintiff*

Irvine, California 92618
Telephone: (949) 350-3663

Kristin Nealey Meier, WSBA #33562
Email: kmeier@ryanlaw.com
RYAN SWANSON & CLEVELAND, PLLC
401 Union Street, Suite 1500
Seattle, Washington 98101-2668
Telephone: (206) 464-4224

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED this 2nd day of November, 2026.

Kymberly K. Evanson
United States District Judge