UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDALL LOWELL,<br><br>Plaintiff(s),<br>v.<br><br>ANGI INC.,<br><br>Defendant(s). | CASE NO. C25-1702-KKE<br><br>ORDER ON DISCOVERY DISPUTE |

This matter comes before the Court on the parties' joint statement identifying discovery dispute. Dkt. No. 60. The Court held a hearing on the discovery dispute on November 5, 2026. Dkt. Nos. 61, 64. For the reasons stated on the record at the hearing, the Court overrules Defendant's objections to Plaintiffs' Requests for Production ("RFP") Nos. 5 and 6. *See* Dkt. No. 60 at 3–4. The Court ORDERS that Defendant shall fully respond to Plaintiff's RFP Nos. 5 and 6 no later than November 19, 2026.

Dated this 5th day of November, 2026.

Kymberly K. Evanson
United States District Judge